**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **WILLIAM ALEXANDER TIQUE MARIN,**<br>**Petitioner,**<br><br>**v.**<br><br>**FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE**, *et al.*,<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01022-DB** |

**<u>ORDER LIFTING STAY OF REMOVAL</u>**

On this day, the Court considered Petitioner William Alexander Tique Marin's "Motion to Modify Court Order and Permit Execution of Voluntary Departure," ECF No. 14, filed on June 15, 2026. Therein, Petitioner states he has elected to voluntarily depart from the United States to his country of citizenship and asks the Court to "modify any existing order preventing [his] removal or departure from the United States." ECF No. 14 at 2–3. After due consideration, the Court finds the motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** Petitioner William Alexander Tique Marin's "Motion to Modify Court Order and Permit Execution of Voluntary Departure," ECF No. 14, is **GRANTED.**

**IT IS FURTHER ORDERED** that this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on April 10, 2026, in ECF No. 3, is **LIFTED**.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a status advisory either (1) advising Petitioner's voluntary departure from the United States was effectuated, or (2) advising

of Petitioner's custody status as well as the status of removal efforts, including but not limited to all steps taken to effectuate Petitioner's voluntary departure and any impediments to date **no later than July 31, 2026**.

**IT IS FURTHER ORDERED** that Petitioner's "Emergency Notice of Non-Compliance with Court Order and Motion to Enforce," ECF No. 8, is **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the District Clerk's Office **SHALL OVERNIGHT MAIL** a copy of this order to William Alexander Tique Marin at 6920 Digital Road, El Paso, Texas 79936, or whatever address is on file.

**SIGNED** this **27th** day of **June 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**